UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FOREST CITY ENTERPRISES, INC., <br> Plaintiff <br><br> v. <br><br> FACTORY MUTUAL INSURANCE COMPANY <br> Defendant | ) <br> ) <br> ) <br> ) 04-CV-_____ <br> ) <br> ) <br> ) <br> ) 04cv12336 REK <br> ) |

### NOTICE OF REMOVAL

MAGISTRATE JUDGE _Collings_

Factory Mutual Insurance Company ("Factory Mutual") hereby notifies this Court, pursuant to 28 U.S.C. §§ 1441 and 1446, of the removal of the above-captioned civil action from the Superior Court Department in Middlesex County, Commonwealth of Massachusetts, where the action is currently pending. This Notice of Removal is based on the following:

1. On or about August 20, 2004, Plaintiff Forest City Enterprises, Inc. ("Forest City") filed a complaint naming Factory Mutual as a defendant. The complaint, Civil Action No. 04-3286, was filed in the Superior Court Department in Middlesex County, Commonwealth of Massachusetts. *See* Summons and Complaint (attached as Exhibit A). Plaintiff mailed a copy of the summons and complaint to Factory Mutual's counsel on October 27, 2004, and Factory Mutual's counsel accepted service of the summons and complaint on November 1, 2004.

2. The above-described matter is a civil action alleging breach of an insurance contract by Factory Mutual, for which the Plaintiff seeks damages and declaratory judgment.

3. Defendant Factory Mutual is a Rhode Island corporation with its principal place of business in Johnston, Rhode Island.

Word 35019528.1

4. Plaintiff is an Ohio corporation with its principal place of business in Cleveland, Ohio. Plaintiff claims over $3,000,000 in damages, exclusive of interests and costs, thus the matter in controversy exceeds the sum of $75,000. As a result, this Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332.

5. Pursuant to Rule 81.1(a) of the Local Rules of the United States District Court for the District of Massachusetts, within thirty days of the filing of this notice, Factory Mutual will file in this Court certified or attested copies of all records, proceedings, and docket entries in the Superior Court Department in Middlesex County, Commonwealth of Massachusetts.

6. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served upon Factory Mutual are attached as Exhibit A hereto.

7. Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is timely filed.

8. Pursuant to 28 U.S.C. § 1446(d), the Plaintiff is being provided with written notice of the filing of this Notice of Removal. *See* Exhibit B hereto (without attachment).

9. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being filed with the Clerk of the Superior Court, Suffolk County, Commonwealth of Massachusetts, on this date.

Respectfully submitted,

Dated: November 3, 2004

John N. Love (BBO# 305850)
Stephen F. Herbes (BBO# 650609)
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
111 Huntington Avenue, Suite 1300
Boston, MA 02199-7610
Tel:   (617) 267-2300
Fax:   (617) 267-8288

Word 35019528.1

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by first class mail, postage prepaid, on November 3, 2004.

Stephen F. Herbes

Word 35019528.1