UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FOREST CITY ENTERPRISES, INC., )<br>    Plaintiff )<br>)<br>v. )<br>)<br>FACTORY MUTUAL INSURANCE )<br>COMPANY )<br>    Defendant )<br>) | 1:04-CV-12336 REK |

**DEFENDANT, FACTORY MUTUAL INSURANCE COMPANY'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.3, Defendant Factory Mutual Insurance Company states: (1) it has no parent corporation; and (2) no publicly held company owns more than 10% of the company.

Dated: December _10_, 2004

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By: _/s/ Stephen F. Herbes_
John N. Love (BBO# 305850)
Stephen F. Herbes (BBO# 650609)
111 Huntington Avenue, Suite 1300
Boston, MA 02199-7610
Tel:    (617) 267-2300

**Attorneys for the Defendant Factory Mutual Insurance Company**

Word 20092253.1

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by first class mail, postage prepaid, on December 10, 2004.

                                                          Stephen F. Herbes

Word 20092253.1