UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FOREST CITY ENTERPRISES, INC., )<br>    Plaintiff )<br>)<br>v. )<br>)<br>FACTORY MUTUAL INSURANCE )<br>COMPANY )<br>    Defendant )<br>) | 1:04-CV-12336 REK |

## DEFENDANT FACTORY MUTUAL INSURANCE COMPANY'S LOCAL RULE 16.1(D)(3) CERTIFICATION

Defendant Factory Mutual Insurance Company hereby certifies that it has conferred with its counsel: (a) with a view to establishing a budget for the costs of conducting the full course—and various alternative courses—of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Dated: December 13, 2004

*[signature]*

_____
Kevin P. Brekka, Esq.
Assistant Vice President
Factory Mutual Insurance Company

                                           ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

                                           By: *[signature]*
                                           John N. Love (BBO# 305850)
                                           Stephen F. Herbes (BBO# 650609)
                                           111 Huntington Avenue, Suite 1300
                                           Boston, MA 02199-7610
                                           Tel:   (617) 267-2300

Word 35020251.1

                                                   **Attorneys for the Defendant Factory Mutual Insurance Company**