## MARTIN, MAGNUSON, McCARTHY & KENNEY
### ATTORNEYS AT LAW
101 MERRIMAC STREET
BOSTON, MASSACHUSETTS 02114-4716
TELEPHONE: (617) 227-3240
TELECOPIER: (617) 227-3346

A PROFESSIONAL CORPORATION

| | | |
|---|---|---|
| RAYMOND J. KENNEY, JR. | SEAN M. ENNIS | OF COUNSEL |
| CHARLES P. REIDY, III | ANN M. COLLINS | EDWARD F. HENNESSEY |
| DANIEL J. GRIFFIN, JR. | MICHAEL J. KEEFE* | NADINE NASSER DONOVAN+# |
| PAUL R. KEANE | DIANE L. LYNCH** | |
| JOHN P. MULVEY | LYNDA RIESGO JENSEN | EPHRAIM MARTIN (1927-1988) |
| PAUL M. McTAGUE | MARIA L. MAZUR | HAROLD E. MAGNUSON (1938-1999) |
| EDWARD F. MAHONEY | LAURA M. MARHOEFER | CLEMENT McCARTHY (1951-1985) |
| DOUGLAS A. ROBERTSON | KRISTINA L. ANGUS | *ALSO ADMITTED IN CT |
| KEVIN C. REIDY | MICHAEL A. MURPHY+# ^ | **ALSO ADMITTED IN PA |
| STEPHEN M. O'SHEA | ANTHONY R. BRIGHTON♦ | +ALSO ADMITTED IN RI |
| | | ^ALSO ADMITTED IN DC |
| | | #ALSO ADMITTED IN NY |
| | | ♦ALSO ADMITTED IN OH |

December 8, 2004

Karen Folan, Deputy Clerk
United States District Court for
The District of Massachusetts
John Joseph Moakley U.S. Courthouse, Eastern Division
1 Courthouse Way
Boston, MA 02210

      RE: Forest City Enterprises, Inc.
      VS: Factory Mutual Insurance Company
          Docket No. 04-12336REK

Dear Ms. Folan:

    This is to confirm that the initial scheduling conference will take place in Courtroom 3, Third Floor on Wednesday, January 26, 2005 at 2:30 p.m. instead of on December 22, 2004.

    If you have any questions, please do not hesitate to contact us.

                              Very truly yours,

                              Douglas A. Robertson

DAR/md
Enclosure
cc: John N. Love, Esq.