IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FOREST CITY ENTERPRISES, INC. )<br>   Plaintiff, )<br>                                    )<br>vs.                            )<br>                                    )   NO. 04-CV-12336-REK<br>FACTORY MUTUAL INSURANCE )<br>COMPANY                )<br>   Defendant          ) | |

## JOINT STATEMENT

Plaintiff and defendant in the above action suggest the following proposed pre-trial schedule:

1. Initial disclosures served by January 5, 2005;

2. Service of responses to all written discovery requests within the time provided by Fed.R. Civ.P. 33, 34 and 37 or in no event later than May 1, 2005;

3. Amendments/additional joinder to pleadings filed by September 30, 2005;

4. Completion of non-expert depositions and other factual discovery (including site inspection) by September 30, 2005;

5. Plaintiff's disclosure of information regarding experts pursuant to FRCP 26(b)(4)(A)(I) by November 30, 2005; Defendant's within thirty (30) days thereafter;

6. If agreed to by all parties, parties shall either (a) participate in outside mediation, or (b) request Senior Judge mediation by January 31, 2006;

7. All expert depositions and discovery completed by March 31, 2006;

8. Serving of dispositive motions by May 31, 2006, with oppositions served within 21 days;

9. Pre-trial conference or hearing on motions for summary judgment by July 31, 2006.

In addition, the parties have conferred with a view toward settlement and controlling the costs of litigation. Alternative dispute resolution programs, or trial by a magistrate judge are under consideration, but not yet agreed to by the parties pending further discovery and discussions.

The parties hereby certify that the above information is complete and accurate.

| On Behalf of the Plaintiff<br>Forest City Enterprises, Inc.<br>By Their Attorneys | On Behalf of the Defendant<br>Factory Mutual Insurance Company<br>By Their Attorneys |
|---|---|
| /s/ Douglas A. Robertson<br>Douglas A. Robertson, BBO #552315<br>Martin, Magnuson, McCarthy & Kenney<br>101 Merrimac Street<br>Boston, MA 02114<br>617-227-3240<br>e-mail drobertson@mmmk.com | /s/ John N. Love<br>John N. Love, BBO No. 305850<br>Robbins, Kaplan, Miller & Ciresi, LLP<br>111 Huntington Avenue<br>Boston, MA 02199<br>617-267-2300<br>e-mail jnlove@rkmc.com |

## CERTIFICATE OF SERVICE

I, Douglas A. Robertson, attorney for Forest City Enterprises, Inc., hereby certify that on December 8, 2004, I served a copy of the Joint Statement via first-class mail, postage prepaid to:

John N. Love, Esq.
Robins, Kaplan, Miller & Ciresi, LLP
111 Huntington Avenue
Suite 1300
Boston, MA 02199-7610


_____
Douglas A. Robertson BBO# 552315
Attorney for the Plaintiff,
  Forest City Enterprises, Inc.
MARTIN, MAGNUSON, McCARTHY
  & KENNEY
101 Merrimac Street
Boston, MA 02114-4716
(617) 227-3240