IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION
CIVIL DOCKET NO. 04-CV-12336-REK

| | |
|---|---|
| FOREST CITY ENTERPRISES, INC. Plaintiff, | ) ) ) |
| vs. | ) **PLAINTIFF, FOREST CITY** ) **ENTERPRISES, INC.'S, LOCAL RULE** ) **16.1 CERTIFICATION** |
| FACTORY MUTUAL INSURANCE COMPANY Defendant | ) ) ) ) |

Plaintiff Forest City Enterprises, Inc., hereby certifies that it has conferred with its counsel:

a. with a view to establishing a budget for the costs of conducting the full course – and various alternative courses -- of the litigation; and

b. to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
Neil G. Cawsey

On Behalf of the Plaintiff,
Forest City Enterprises, Inc.
By Its Attorneys,

MARTIN, MAGNUSON, MCCARTHY & KENNEY

_____
Douglas A. Robertson, BBO No. 552325
101 Merrimac St., 7th Floor
Boston, MA 02114-4716
(617) 227-3240

## CERTIFICATE OF SERVICE

I, Douglas A. Robertson, attorney for Forest City Enterprises, Inc., hereby certify that on 12/8/04, 2004, I served a copy of Plaintiff, Forest City Enterprises, Inc.'s Local Rule 16.1 Certification, via first-class mail, postage prepaid to:

John N. Love, Esq.
Robins, Kaplan, Miller & Ciresi, LLP
111 Huntington Avenue
Suite 1300
Boston, MA 02199-7610

Douglas A. Robertson, BBO No. 552315
Attorney for Plaintiff,
Forest City Enterprises, Inc.
Martin, Magnuson, McCarthy & Kenney
101 Merrimac Street
Boston, MA 02114
(617) 227-3240

2