IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION
CIVIL DOCKET NO. 04-CV-12336-REK

| | |
|---|---|
| FOREST CITY ENTERPRISES, INC.<br>    Plaintiff,<br><br>vs.<br><br>FACTORY MUTUAL INSURANCE<br>COMPANY<br>    Defendant | )<br>)<br>)  **PLAINTIFF, FOREST CITY**<br>)  **ENTERPRISES, INC.'S, CORPORATE**<br>)  **DISCLOSURE STATEMENT**<br>)<br>)<br>) |

Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 7.3, this Corporate Disclosure Statement is filed on behalf of:

<u>Plaintiff, Forest City Enterprises, Inc.</u>

1.  Is said party a parent, subsidiary or other affiliate of a publicly owned corporation?
    _____ Yes    __X__ No.

    If the answer is Yes, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:

2.  Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome?    _____ Yes    __X__ No.

    If the answer is Yes, list the identity of such corporation and the nature of the financial interest.

_____        _12-8-04_
(Signature of Counsel)                  (Date)

## CERTIFICATE OF SERVICE

I, Douglas A. Robertson, attorney for Forest City Enterprises, Inc., hereby certify that on December 8, 2004, I served a copy of Plaintiff, Forest City Enterprises, Inc.'s Corporate Disclosure Statement, via first-class mail, postage prepaid to:

John N. Love, Esq.
Robins, Kaplan, Miller & Ciresi, LLP
111 Huntington Avenue
Suite 1300
Boston, MA 02199-7610

Douglas A. Robertson, BBO No. 552315
Attorney for Plaintiff,
Forest City Enterprises, Inc.
Martin, Magnuson, McCarthy & Kenney
101 Merrimac Street
Boston, MA  02114