UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FOREST CITY ENTERPRISES, INC.,<br>    Plaintiff<br><br>v.<br><br>FACTORY MUTUAL INSURANCE<br>COMPANY<br>    Defendant | 1:04-CV-12336 REK |

### NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that effective **April 1, 2005** the law firm of Robins, Kaplan, Miller & Ciresi L.L.P. will be relocated from 111 Huntington Avenue, Boston, MA, to the following new address:

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
**800 Boylston Street, 25th Floor**
**Boston, MA 02199**

The telephone and facsimile numbers have remained the same.

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By: _____
John N. Love (BBO# 305850)
Stephen F. Herbes (BBO# 650609)
111 Huntington Avenue, Suite 1300
Boston, MA 02199-7610
Tel:    (617) 267-2300

**Attorneys for the Defendant Factory Mutual Insurance Company**

Word 35022162.1

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by electronic mail, on March 15, 2005.

_____
John N. Love

Word 35022162.1