UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FOREST CITY ENTERPRISES, INC., <br>    Plaintiff <br><br> v. <br><br> FACTORY MUTUAL INSURANCE <br> COMPANY <br>    Defendant | ) <br> ) <br> ) <br> )    1:04-CV-12336 REK <br> ) <br> ) <br> ) <br> ) <br> ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**
**PURSUANT TO RULE 41(a)(1)(ii)**

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, all parties to this action stipulate that it be dismissed with prejudice, with each party bearing its own fees and costs.

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By: _____
John N. Love (BBO# 305850)
800 Boylston Street, 25th Floor
Boston, MA 02199
Tel: (617) 267-2300

Attorneys for the Defendant Factory Mutual Insurance Company

MARTIN, MAGNUSON, MCCARTHY & KENNEY

By: _____
Douglas A. Robertson (BBO# 552326)
101 Merrimac Street, 7th Floor
Boston, MA 02114
Tel: (617) 227-3240

Attorneys for the Plaintiff, Forest City Enterprises, Inc.